___ FILED      ___ ENTERED
____ LOGGED _____ RECEIVED

1:43 pm, Jan 26 2023

AT  BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

LNE/JST USAO: 2023R00065

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | * | | |
| | * | | |
| **v.** | * | **CASE NO.** 23-308-ADC |
| | * | | |
| **RICHARD NAYLOR,** | * | **UNDER SEAL** | |
| | * | | |
| **Defendant.** | * | | |
| | * | | |
| | * | | |

*******

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

Your affiant, Jenna Klausing, a Special Agent with the Federal Bureau of Investigation, being duly sworn, deposes and states as follows:

### I.    Introduction and Background

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI"). As such I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I am a Special Agent with the FBI and an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2.      I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since October of 2019. I have received training and experience in interviewing and interrogation techniques, arrest procedures, search and seizure, narcotics, violent incident crimes, search warrant applications, and various other crimes. Since March of 2020, I have been assigned to work in the

Baltimore Field Office, Annapolis Resident Agency, which investigates all federal criminal matters for Anne Arundel, Calvert, Charles, St. Mary's, Queen Anne's, and Kent counties, Maryland.

3.      I submit this Affidavit in support of a criminal complaint and an arrest warrant for Richard NAYLOR[1]  (B/M, YOB: 1993) a/k/a "Peewee". Based on the facts in this Affidavit, I respectfully submit that there is probable cause to believe that NAYLOR violated the following offenses: (a) possession with intent to distribute a controlled dangerous substance, in violation of 21 § 841 and (b) conspiracy to distribute and possess with intent to distribute a controlled dangerous substance, in violation of 21 U.S.C § 846 (the "SUBJECT OFFENSES").

4.      This Affidavit is based upon my participation in the investigation, my examination of reports and records, and my conversations with other law enforcement agents and other individuals. Because this Affidavit is being submitted for the limited purpose of obtaining a criminal complaint and arrest warrant, it does not include all the facts that I have learned during this investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated. In making this Affidavit, I am relying only on the facts stated herein.

---

[1] NAYLOR was convicted the following offenses: a 2013 theft charge and violation of probation, in 2014 four felony drug charges, in which he was sentenced to a six-year suspended sentence and placed on four years of probation, a 2017 conviction for a misdemeanor drug charge and fraud charge in which he was sentenced to four years and one year and six months respectively. In 2023, he was convicted of another misdemeanor drug possession charge and received a suspended sentence. He is currently pending charges for the offense described herein – Case No. C-02-CR-22-001513.

5.      Information in this Affidavit does not always set forth my personal observations, but rather at times reflects information from reports or CCTV footage, body-worn camera footage, as well as information provided to me by other law enforcement agents who observed the events described and to whom I have spoken or whose reports I have read.

**II.     Summary of Probable Cause**

6.      Beginning in 2021, the FBI in conjunction with the Annapolis Police Department ("APD") opened an investigation into a violent criminal enterprise located in Annapolis, Maryland known locally as "Newtowne 20". Annapolis has seen a spike in violence and drug-related calls for service out of the neighborhood in which Newtowne 20 primarily operates, to include numerous overdoses on controlled dangerous substances (CDS) as well as several shootings, many resulting in deaths of intended and unintended targets. This neighborhood consists of the Woodside Gardens Apartment complex and the surrounding areas on Julianna Circle in Annapolis, MD.

7.      During the investigation, investigators identified NAYLOR as a Newtowne 20 member and believe based on physical and electronic surveillance as well as confidential source information that NAYLOR is supplying the Newtowne area with CDS. As further described below, investigators learned that NAYLOR was arrested in September of 2022 and that the arrest involved the recovery of a substantial amount of cocaine and heroin.

A.      CCTV Observations of NAYLOR

8.      During the Newtowne 20 investigation, investigators observed NAYLOR on several occasions engaging in drug trafficking activities in the parking lot of the Woodside Gardens Apartments. As noted above, this area is known for a high-level of drug trafficking activity. Based on these observations, investigators identified vehicles associated with NAYLOR

and his brother, Rishaad Richard Naylor[2] (B/M, YOB: 1991; hereinafter referred to as "R. Naylor") a/k/a "Shitty". Specifically, investigators believe that the black Acura (then bearing the Maryland registration 3ES5518) is registered to NAYLOR and a tan Chevrolet Silverado truck (2ER6995) is registered to R. Naylor. Based on physical surveillance using CCTV camera, investigators believe that R. Naylor and NAYLOR use both vehicles to transport and stash their drugs.

9.      For example, on August 3, 2022, at approximately 7:29 p.m., APD investigators observed R. Naylor exit the driver's seat of the Chevrolet Silverado after parking at 704 Newtowne Drive, an apartment located within the Woodside Gardens Apartment Complex. R. Naylor then walked up the steps of the 704 building and investigators observed him talking to NAYLOR. Later that same day, at approximately 7:56 p.m., investigators observed NAYLOR and R. Naylor walk to the rear of 708 Newtowne Dr. to the black Acura and later R. Naylor parked his Chevrolet Silverado truck near the black Acura. Investigators then observed both subjects entering and exiting both vehicles.

10.      On August 10, 2022, at approximately 8:22 a.m., investigators observed NAYLOR, R. Naylor, and an individual believed to be Kelly Bowers[3] (B/M, YOB: 1989) congregate around the Silverado. Investigators then observed R. Naylor briefly enter the passenger side of the Silverado, and NAYLOR briefly enter the passenger side of the black Acura. After a few seconds, NAYLOR placed on the ground what appeared to be a plastic bag containing a white substance

---

[2] Rishaad Naylor was convicted of Assault-First Degree in 2008, CDS Distribute-Narcotics in 2013, and CDS: Possession with Intent to Distribute-Narcotics in 2021.

[3] Kelly Bowers was convicted of Assault-First Degree in 2007, Handgun use/felony/violent crime in 2007, CDS possession with intent to distribute: narcotics in 2018, CDS Possession with intent to distribute: narcotics in 2019, and CDS: Possession with intent to distribute in 2021.

and a digital scale. Investigators then observed NAYLOR portion out suspected CDS from the bag on the ground next to the digital scale and proceeded to weigh the items on the scale and then placed those items into an empty bag. Based on these observations, I believe NAYLOR was weighing suspected drugs, likely cocaine based on the color of the substance that he obtained from the black Acura and the Silverado. Additionally, I believe NAYLOR placed the drugs in the empty bag for distribution purposes and then he positioned himself behind the Silverado to conceal himself from any potential law enforcement presence. A few minutes later, NAYLOR, his brother, and Bowers, left the area on foot.

11.     Using CCTV video, investigators continued to watch NAYLOR in August and September 2022 and believe that NAYLOR was engaging in drug trafficking activity. Furthermore, based on the investigator's observations, they believe NAYLOR was engaging in several hand-to-hand drug transactions with suspected buyers. Specially, investigators observed NAYLOR on August 31, 2022, September 13, 2022, September 20, 2022 and again on September 21, 2022 meet with customers in the parking lot where he obtained suspected drugs from either the Acura or the Silverado, or both.

12.     For example, on August 13, 2022, at approximately 11:53 a.m., using CCTV video footage, investigators observed NAYLOR hand a plastic bag containing a white substance to a suspected known buyer who then placed the item in his pocket and left the area. Later that same day, at approximately 12:50 p.m., NAYLOR entered the passenger side of the Silverado, reached inside and then walked to the rear of 708 Newtowne Dr., and out of view of the CCTV camera.

13.     Additionally, on September 13, 2022, at 1:19 p.m., 1:56 p.m., and then again at 6:59 p.m., while using CCTV video, APD investigators observed NAYLOR go to both the black Acura and the Silverado on different occasions and believed that he was retrieving drugs from the

vehicles and distributing the drugs to awaiting customers. Based on these observations, investigators further believed that NAYLOR used both vehicles to stash his drugs.

14.     Finally, on September 20, 2022, at approximately 8:30 p.m., NAYLOR was observed using CCTV video entering the black Acura and placing a large black bag inside. He then entered the Silverado on the driver's side floorboard, reached around inside the Silverado, and then locked both vehicles. After locking both vehicles, he left the area and was no longer holding any bags. Investigators believe that NAYLOR was again stashing his drugs in both vehicles.

15.     On September 21, 2022, at approximately 1:29 p.m., NAYLOR entered the Silverado, while an awaiting known drug customer waited outside the vehicle, and then investigators observed a suspected drug transaction. Both NAYLOR and the known buyer then left the area and walked towards 704 Newtowne Dr. In the evening that same day, at approximately 8:58 p.m., NAYLOR was observed entering and exiting both vehicles, the black Acura and the Silverado, and engaging with suspected drug customers. At approximately 11:13 p.m., NAYLOR was then seen entering the Silverado via the passenger side door, grabbing an object, and placing the object into the black Acura. Afterwards, he walked towards 704 Newtowne Dr. with two unknown male subjects.

    B.     Acura and Silverado Seized - September 22, 2022 CCTV Observations of
            NAYLOR

16.     On September 22, 2022, early in the morning, at approximately 4:15 a.m., NAYLOR, who was wearing a dark-colored jacket with thick white stripes running down both arms, exited the front of the 706 Newtowne Dr. building holding a bag-like object in his hand. As depicted below, investigators observed NAYLOR walk around the Newtowne neighborhood for a few minutes and then enter the Silverado carrying the bag. About one minute later, NAYLOR

exited the truck, closed the door, and walked away without the bag. NAYLOR then entered the black Acura and sat in the driver's seat.



(Naylor approaching truck with bag in hand) (NAYLOR placing bag in truck)

17.     Based on the aforementioned observations, APD Officers responded to the Silverado in conjunction with the execution of a federal search warrant on a separate residence related to the Newtowne 20 investigation[4]. As depicted in the photos below, APD Officers observed in the Silverado, in plain view, a large bag on the floorboard which appeared to be the same bag that NAYLOR was previously observed carrying, as noted in the photographs above. This bag appeared to contain a folded up white t-shirt and a baggie containing a large amount of white powdery substance believed to be suspected heroin as well as a large bag of an off-white rock like substance, which the investigator believed to be suspected crack cocaine that was sitting on top of a digital scale.

---

[4] On September 19, 2022, the Honorable A. David Copperthite authorized a search and seizure warrant for 1200 Newtowne Drive, Annapolis, Maryland 21401, as well as authorized search warrants for three other residences, three persons, and one vehicle – all related to the Newtowne investigation. The 1200 Newtowne Drive location is an apartment within Woodside Gardens and was believed to be associated with Dametres Short, a heroin/fentanyl supplier to the Woodside Gardens community.

   

(Bags and scale seen in plain view by APD)          (Bag of heroin)

18.     While APD secured the Silverado, NAYLOR, who was still seated inside the black Acura, exited his car, and walked away. The same investigator shined his flashlight through the window of the black Acura and observed three pink pills in a small baggie inside the vehicle in the door handle of the driver's side door. Based on the investigator's training and experience, the investigator believed that the packaging of the pink pills was likely for street distribution.

19.     For officer safety, the black Acura and Silverado were towed to APD where the investigators conducted a more thorough search of the vehicles. Investigators searched the vehicle and recovered the same drugs previously observed in plain view. In total, 472.91 grams of crack cocaine and 109.11 grams of heroin was recovered from the Silverado.

20.     Additionally, four small baggies of crack cocaine were recovered from the black Acura with the three pink pills, confirmed Oxycodone, that were initially observed by the APD investigator.

21.     Between the time NAYLOR interacted with the Silverado and entered the black Acura, and the time the Silverado was secured by law enforcement as later described, no other persons entered or exited the Silverado.

8

22.     Based on the observations and recovery of suspected drugs on September 22, 2022, an arrest warrant (#D220346943) was issued for NAYLOR.

23.     On September 28, 2022, NAYLOR was arrested and at the time of his arrest, investigators seized a cellular device and $5,700 from NAYLOR's person, which investigators believe was drug proceeds. Investigators learned during the investigation that NAYLOR does not have a legal job.

24.     Pursuant to a search warrant on the seized phone signed by the Honorable Beth P. Gesner[5], I reviewed the phone extraction, and observed numerous communications regarding drug trafficking, to include the dates and times as described herein. For example, on September 8, 2022, NAYLOR sent a photo to "Clay", with a subsequent text, "come on bro I got you". I believe the picture, noted below, is a picture of a pressed kilogram of CDS (either heroin or cocaine), and I believe NAYLOR was attempting to sell, the drugs to "Clay", when NAYLOR texted, "come on bro, I got you."



(Photo of drug sent by NAYLOR to "Clay")

25.     Additionally, on September 20, 2022, I reviewed a text message between an individual identified as "Mike" in NAYLOR's phone and NAYLOR. In the communication, "Mike" asked if the "girl" is "soft" to which NAYLOR replied, "yes". "Mike" then replied, "how

---

5 On November 17, 2022, the Honorable Beth P. Gesner authorized the search of a phone believed to be associated with Naylor.

23-308-ADC

do I cook it like hard" then sent a picture of cash and provided NAYLOR his address. Based on this communication, I believe NAYLOR was selling cocaine to "Mike" and was using coded language to explain the type of drug he wanted. I know, based on my training and experience, that "girl" is a common street slang for cocaine and the term "soft" refers to powder cocaine. Additionally, September 20, 2022 is one of the same dates, referenced above, that investigators conducted surveillance using CCTV and observed NAYLOR engaging in drug trafficking activities with suspected buyers.

26.     Based on the observations during the months of August and September 2022, as well as the seizure of cocaine, and 472.91 grams of crack cocaine and 109.11 grams heroin that was found in the Acura and Silverado, the digital scale, and the cash later found on NAYLOR's person during his arrest, coupled with the evidence extracted from NAYLOR's cellphone, I believe that NAYLOR was involved in drug trafficking activities in violation of the SUBJECT OFFENSES.

**III.     Conclusion**

27.     Based on the foregoing, I respectfully submit that there is probable cause to issue the requested criminal complaint and arrest warrant.

_____
Jenna Klausing, Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) this __26_____ of January 2023.

_____
Honorable A. David Copperthite
United States Magistrate Judge
District of Maryland